212 U.S. 568
 29 S.Ct. 692
 53 L.Ed. 654
 RAMON VALDES, Plaintiff in Error,
v.
VENTURA MUNICH RAMON VALDES, Plaintiff in Error, v. O. M. WOOD RAMON VALDES, Plaintiff in Error, v. MARIA VENEGA PERIANES
 No. 457.
 No. 473.
 No. 474.
 Supreme Court of the United States
 February 1, 1909
 
 1
 Messrs. F. Kingsbury Curtis, John G. Carlisle, and Henry A. Stickney for plaintiff in error.
 
 
 2
 Mr. Willis Sweet for defendants in error.
 
 
 3
 Per Curiam: Writs of Error dismissed for want of jurisdictional amounts. Act of April 12, 1900, chap. 191, 31 Stat. at L. 77, §§ 34, 35; act of March 2, 1901, chap. 812, 31 Stat. at L. 953, § 3; Royal Ins. Co. v. Martin, 192 U. S. 149, 159, 48 L. ed. 385, 388, 24 Sup. Ct. Rep. 247; Ortega v. Lara, 202 U. S. 339, 50 L. ed. 1055, 26 Sup. Ct. Rep. 707; Perez v. Fernandez, 202 U. S. 80, 50 L. ed. 942, 26 Sup. Ct. Rep. 561; Garrozi v. Dastas, 204 U. S. 64, 73, 51 L. ed. 369, 376, 27 Sup. Ct. Rep. 224.